**Stephen W. CARLSON, Appellant,**

v.

**KELLY SERVICES, INC.; American Express Financial Corporation; International Multifoods Corporation; General Mills, Inc., Appellees.**

No. 06–2127.

United States Court of Appeals, Eighth Circuit.

Submitted: July 24, 2007.

Filed: July 26, 2007.

Stephen W. Carlson, St. Paul, MN, pro se.

Megan L. Anderson, Gray & Plant, Daniel Nicholas Lovejoy, Daniel Gerard Wilczek, Faegre & Benson, Bryan N. Smith, Kathryn Wilson, Littler & Mendelson, Minneapolis, MN, Julie Fleming–Wolfe, St. Paul, MN, for Appellees.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Stephen Carlson challenges the district court's [1] judgment dismissing his lawsuit as barred by the doctrines of claim and issue preclusion. Following careful de novo review, we affirm for the reasons

[1]. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson,

provided by the district court. *See* 8th Cir. R. 47B.

United States Magistrate Judge for the District of Minnesota.